Geoffrey C. Angel
ANGEL LAW FIRM
125 West Mendenhall
Bozeman, Montana 59715
Telephone: (406) 586-1926

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA

BUTTE DIVISION

* * * * * * *

| | | |
|---|---|---|
| CINDY STEMENS, | ) | Cause Number: CV-05-9-BU-SEH |
| | ) | |
| Plaintiff, | ) | STIPULATED MOTION TO DISMISS |
| | ) | WITH PREJUDICE |
| vs. | ) | |
| | ) | |
| BOZEMAN DEACONESS HEALTH SERVICES, a Montana Corporation | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW** the plaintiff Cindy Stephens, by and through her counsel of record Geoffrey C. Angel, and hereby moves the Court to dismiss this matter with prejudice based upon the parties fully executed settlement agreement. Counsel for Stephens has contacted counsel for BDHS and they stipulate to this motion. A proposed order is attached hereto.

DATED this 14th day of September 2006

_____
/s/ Geoffrey C. Angel
ANGEL LAW FIRM
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 14th day of September 2006 a true and correct copy of the foregoing was hereby served, by depositing the same, in an envelope in the United States mail, first-class, postage pre-paid, addressed to:

Lisa Levert, Esq.
POORE, ROTH & ROBINSON, P.C.
1341 Harrison Avenue
Butte, Montana 59701-4898

_____
/s/ Geoffrey C. Angel
ANGEL LAW FIRM
Attorney for Plaintiff